# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

May 27, 2009

Charles R. Fulbruge III
Clerk

No. 08-50697
Summary Calendar

UNITED STATES OF AMERICA,

Plaintiff–Appellee,

v.

JOSE JUAN SANDOVAL,

Defendant–Appellant.

Appeal from the United States District Court
for the Western District of Texas
USDC No. 1:08-CR-101-1

Before KING, DENNIS, and OWEN, Circuit Judges.

PER CURIAM:[*]

Jose Juan Sandoval appeals from his conviction of illegal reentry following deportation. He contends that his sentence is not entitled to a presumption of reasonableness because it was calculated pursuant to U.S.S.G. § 2L1.2, which he argues is not supported by empirical evidence. He further contends that his sentence is unreasonable even if a presumption of reasonableness is applicable.

Sandoval's contention that his sentence is not entitled to a presumption of reasonableness because the relevant guideline is not supported by empirical

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

evidence is without merit. *See United States v. Mondragon-Santiago,* 564 F.3d 357, 366-67 (5th Cir. 2009). Sandoval's sentence is presumptively reasonable. *See United States v. Alonzo,* 435 F.3d 551, 554 (5th Cir. 2006). Moreover, the district court addressed the factors set out at 18 U.S.C. § 3553(a)—particularly the need to deter Sandoval from committing future offenses—when imposing the sentence. Sandoval has failed to rebut the presumption of reasonableness.

AFFIRMED.